MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Jason Hoang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JASON TUAN HOANG,<br><br>   Defendant. | Case No.: 2:08 CR 0581 JAM<br><br>STIPULATION AND ORDER TO EXCLUDE TIME UNDER T4 |

    Defendant Jason Tuan Hoang has two cases pending.  The first is case 2:07 CR 025 EJG which is currently set for sentencing before the Honorable Edward Garcia

    The above referenced case has recently been transferred pursuant to Rule 20 from the Northern District.  It is anticipated that this case will resolve on February 4, 2009.  A Notice of Related Cases is being filed to transfer the instant case to Judge Garcia. As the result of negotiations between the various parties, a global settlement has been reached.  However, the plea agreement has not yet been finalized and additional time is needed to enter a plea in case 2:08 CR 0581 JAM.

    It is stipulated and agreed that time should be excluded under local rule T4 to allow counsel for Mr. Hoang time to prepare the case for plea and sentencing.

//
//
//

1

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 5, 2009

                                         The CHASTAINE LAW OFFICE

                                         By: ____/s/ Michael Chastaine
                                                  MICHAEL CHASTAINE
                                                  Attorney for Jason Hoang

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                         By: ___/s/ Heiko Coppola

                                                  HEIKO COPPOLA
                                                  Assistant U.S. Attorney

## ORDER

    GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

    IT IS HEREBY ORDERED that time from January 5, 2009 to February 4, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

Dated: January 5, 2009                              /s/ John A. Mendez_____
                                                      John A. Mendez
                                                      United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com