MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Jason Hoang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON TUAN HOANG,<br><br>    Defendant. | Case No.:<br>    2:08-CR-0581 EJG<br><br>STIPULATION AND ORDER TO CONTINUE PLEA DATE |

    Defendant Jason Tuan Hoang has two cases pending.  The first is case 2:07-CR-0025.  That matter has been resolved pursuant to a plea agreement and is currently set for Sentencing March 27, 2009 at 10:00 am.

    The second is a case is out of the Northern District involving credit cards.  That case has been transferred to the Eastern District pursuant to Rule 20 under case number 2:08 CR 0581 EJG.  As the result of negotiations between the various parties, a global settlement has been reached.  However, the plea agreement has not yet been finalized and additional time is needed to enter a plea in case 2:08 CR 0581.  Specifically, the amount of restitution reflected in the plea agreement does not seem to correspond with the amounts related to Mr. Hoang's conduct.  The difference in the amount of restitution reflected in the plea agreement and that indicated in the conduct to which Mr. Hoang is being held responsible is approximately $26,000.00.  The Government is attempting to determine the correct amount to which Mr. Hoang is liable.  This requires coordination between the Attorney from this District and the Attorney from the Northern District.  It is anticipated that once this issue is resolved, Mr. Hoang will enter a plea of guilty.

All parties agree and stipulate that it would be appropriate to continue the currently scheduled plea from February 4, 2009 at 10:00 a.m. to February 27, 2009 at 10:00 a.m. Further, that time is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

Dated: February 3, 2009

                                                The CHASTAINE LAW OFFICE

                                                By:  ____/s/ Michael Chastaine
                                                        MICHAEL CHASTAINE
                                                        Attorney for Jason Hoang

                                              LAWRENCE G. BROWN
                                              United States Attorney

                                              By:  ____/s/ Heiko Coppola
                                                        HEIKO COPPOLA
                                                        Assistant U.S. Attorney

## ORDER

    GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

    IT IS HEREBY ORDERED that the plea scheduled for February 4, 2009 at 10:00 a.m. is continued to February 27, 2009 at 10:00 a.m. and that the period from February 4, 2009 to February 27, 2009 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: February 3, 2009                  /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          United States Judge